## HUMMIN vs. JONES.

APPEAL from the court of the first district.

PORTER, J. delivered the opinion of the court. This action is brought on a promissory note, and on examining the record, our attention has been first drawn to a bill of exceptions, taken to the opinion of the district judge, on an objection made by defendant to the court trying the cause, and on his prayer, that it might be continued, and transferred to the parish court of New Orleans.

The ground of this objection, appears to be that, two days before the cause was called for trial, the defendant had made application to the parish court for a respite, and had obtained from that tribunal, an order for calling a meeting of his creditors, to deliberate on the application, and directing that, until that deliberation

The district court cannot proceed, in a suit, in which the defendant has obtained a stay of proceedings from the parish court.

2ns163
44 827

could be had, all proceedings against his per-
son and property should be stayed.

The question therefore, presented for deci-
sion, is whether the proceedings can be carried
on against the person and property of the party,
in whose favour this order has been made, so
long as it remains unreversed and in force.

We are of opinion they cannot; the order
given by the parish court, was a perfectly legal
one, in conformity with the usual practice, and
necessary to carry into effect the provisions of
the civil code, in relation to this mode of relief.
If it had any effect at all, it must operate on a
cause such as this; and until set aside, the plain-
tiff had no right, in violation of it, to carry on
proceedings against his debtor. If improvident-
ly granted, application should have been made
to the tribunal which granted it. The plain-
tiff was put on the schedule, was a party to
the proceedings, and the order operated as an
injunction on him, and relief should have been
sought from the tribunal that granted it, or, if
refused there, from this court through an appeal.

It is therefore ordered, adjudged, and de-
creed, that the judgment of the district court
be annulled, avoided, and reversed, and that

East'n. District
Feb. 1824.

HUMMIN
vs.
JONES

the cause be remanded, with directions to the judge, not to proceed in the trial thereof, until the order, staying all proceedings against the person and property of the defendant, granted by the parish court of New Orleans, be reversed or rescinded, and it is further ordered that the appellee pay the costs of this appeal.

*Lockett* for the plaintiff, *Morse* for the defendant.